■ In the Matter of the VILLAGE OF GARDEN CITY, Respondent, Relative to Acquiring title to Real Property Situated in Said Village for an Addition to the Parking Fields 11 and 11A. ETHEL LORENTZEN, Appellant.— Motion by appellant for leave to appeal to the Court of Appeals, granted. The following

question is certified: Was the order of this court entered December 11, 1961, properly made? Motion for a stay of all further proceedings, pending appeal in the Court of Appeals, granted on condition that the appeal be prosecuted promptly. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.